Northern District Of Ohio
US Bankruptcy Court
455 Federal Bldg
2 South Main Street
Akron, OH 44308

**Case No. 08−51965−mss**

**In re:**
   Medina Imports, LLC
   2825 Medina Road
   Medina, OH 44256

**Social Security No.:**

**Employer's Tax I.D. No.:**
   32−0032243

# NOTICE OF DISMISSAL OF CHAPTER 11 CASE

**To the Creditors and Parties in Interest:**

Notice is hereby given to all creditors and parties in interest that the petition filed pursuant to Chapter 11 of the Bankruptcy Code on May 30, 2008 was dismissed on June 8, 2009.

The automatic stay as provided in 11 U.S.C. § 362 (a) is therefore lifted, and creditors have a right to proceed against the debtor or the debtor(s) property according to applicable law.

**Dated:** June 9, 2009        For the Court
Form ohnb191        Kenneth J. Hirz, Clerk